**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JEREMIAH HAWKINS, *et al.*, <br><br> Defendants. | No. C 08-04892 SBA <br><br> **ORDER** <br><br> [Docket No. 13] |

Plaintiff has filed a Motion to Continue Case Management Conference [Docket No. 13] in order to continue settlement negotiations with one defendant and continue to attempt service on another. As this copyright infringement matter was only recently filed in October 2008, the motion is GRANTED. The Case Management Conference scheduled for February 5, 2009, at 3:00 p.m, *see* Docket No. 8, shall be CONTINUED to March 26, 2009, at 3:00 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

2/2/09

                                             Saundra Brown Armstrong
                                             United States District Judge